# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES | Case No. 3:19cv963 |
| This Document Relates to:<br>*DANIEL L. ODGERS, 3:19cv1671* | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pending is the Report and Recommendation of the Magistrate Judge dated November 17, 2021, ECF No. 41, recommending the Court grant Defendants' Motion to Dismiss for failure to prosecute and failure to comply with court orders, ECF No. 38. The Magistrate Judge found that Plaintiff failed to comply with discovery obligations, despite being warned on five separate occasions that his case would be dismissed if he failed to comply, and he failed to respond to the Court's directives, requiring the production of medical records, causation documents, and authorizations. The Magistrate Judge further concluded that Mr. Odgers failed to establish good cause or excusable neglect for his failure to comply with court orders, that his disregard of prior orders was willful, and that a lesser sanction than dismissal with prejudice would be inadequate to correct the conduct. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to object, pursuant to Title 28, United States Code, Section 636(b)(1).

No timely objections were filed, but on January 10, 2022, Plaintiff requested additional time. The motion was granted based on Plaintiff's representation that he had been receiving cancer treatments in Texas and that his attorney withdrew but had not provided him his case file. Out of an abundance of caution, the Court deferred ruling on the pending Report and Recommendation and extended the time to respond and comply with prior court orders for an additional 45-days. ECF No. 43.

On February 28, 2022, Plaintiff again requested additional time, asserting counsel had not yet delivered his file. The Court granted the motion and required former counsel to show cause why he should not be sanctioned for the failure to comply with the Court's prior order directing him to send the file. The Court extended Plaintiff's time to object to the Report and Recommendation, retain counsel, and comply with prior orders for an additional 30 days after notice by counsel proving that the file had been sent to Plaintiff. Counsel filed the required notice proving compliance on March 8, 2022, verifying that the files were delivered on March 3, 3022. To date, more than thirty days have passed and still nothing has been filed by Plaintiff. No further extensions will be granted and no further excuses will be considered. Plaintiff has had ample time to object and to comply.

Therefore, on consideration of all of the above, the record, and the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly:

1. The Magistrate Judge's Report and Recommendation, ECF No. 41, is **ADOPTED** and incorporated by reference in this Order.

2. Defendants' Motion to Dismiss Plaintiff's cause for failure to prosecute and failure to comply with court orders, ECF No. 38, is **GRANTED**. The case is dismissed with prejudice.

3. The Clerk is directed to file this Order only in the above-named individual case, mail a copy of this Order to Plaintiff at the address on file with the Court and also to 6017 Willard Norris Road, Milton, FL 32570, and close the file.

**DONE AND ORDERED** this 11th day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**